**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

SEYYED HOSSEIN HOSSEINI (5),
ALEXANDER DMITRIENKO (6),
AURANGZEB AYUB (10),
DRAGAN NIKITOVIC (12),
aka "Dr. Djek,"
SHANE NGAKURU (13),
EDWIN HARMENDRA KUMAR (14),
aka Edwin Harmendra Valentine,
MIWAND ZAKHIMI (16),
aka Maiwand Zakhimi,
OSEMAH ELHASSEN (17),

Defendants.

Case No.: 21-CR-1623-JLS

**ORDER SEALING LODGED EXHIBITS**

Upon motion by the United States, Dkt. 557, the protective orders entered in this case, and good cause appearing,

IT IS HEREBY ORDERED that the United States' motion to seal Exhibits 1 through 5 to the United States' motion for an inquiry regarding violations of the protective orders, Dkt. 557, which have been lodged under seal, Dkt. 558, is GRANTED, and Exhibits 1 through 5 shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: April 7, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge