UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SEYYED HOSSEIN HOSSEINI (5),<br>ALEXANDER DMITRIENKO (6),<br>AURANGZEB AYUB (10),<br>DRAGAN NIKITOVIC (12),<br>SHANE NGAKURU (13),<br>EDWIN HARMENDRA KUMAR (14),<br>MIWAND ZAKHIMI (16), and<br>OSEMAH ELHASSEN (17),<br>Defendants. | Case No.: 21CR1623-JLS<br>**ORDER DENYING UNITED STATES' MOTION FOR INQUIRY REGARDING VIOLATIONS OF PROTECTIVE ORDERS**<br>**[ECF No. 557]** |

The Court has considered the United States' Motion for Inquiry Regarding Violations of Protective Orders (ECF No. 557), the lodgments submitted under seal in support of the motion (ECF No. 561), and Defendant Dmitrienko's response (ECF No. 559). Having considered these submissions, the Court will Deny the United States' motion because it is an inappropriate request and procedurally improper.

The Court is the neutral arbiter of facts and law properly placed in issue, it does not serve as a discovery device for potential motions sought to be filed by either party. Although the Court recognizes its interest in enforcing its own orders, the Court has not been provided with specific information from which it can find good cause to conclude that a protective order has been violated by any party currently within the Court's jurisdiction. Indeed, the United States concedes that "[i]t is not clear whether these violations of the

protective orders are attributable to individual defense counsel before this Court." ECF No. 557 at 2. Nor is the Court persuaded that any individual defendant has violated a protective order. The Dmitrienko "Confirmation" submitted by the United States merely establishes that Defendant Dmitrienko confirmed the existence of materials presented to him, not that he provided any protected materials to others. Accordingly, the Court declines to hold the inquiry requested by the Government. The United States' Motion for Inquiry Regarding Violations of Protective Orders is **Denied**.

IT IS SO ORDERED.

Dated: April 9, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge